UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RODRIGO SANTIAGO,<br><br>           Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>           Defendant. | No. 5:25-cv-00159-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS UNDER 28 U.S.C. § 1920 |

    Based upon the parties' Stipulation (Dkt. 21), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $7,700.00 under 28 U.S.C. § 2412(d), and costs of $405.00 under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: September 10, 2025

                                          _____
                                          JOHN D. EARLY
                                          United States Magistrate Judge